AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MARQUII JACOBS,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:19-cv-186

WELL FARGO BANK, NA; and SHAPIRO
PENDERGAST & HASTY LLP,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order dated April 28, 2020, judgment is hereby entered granting Defendant Wells Fargo Bank, NA's Motion to Dismiss and dismissing Plaintiff's claims without prejudice. This case stands closed.

Approved by: _____

May 12, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03